## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ELLEN RYAN,
*on behalf of herself and all others similarly situated,*

      Plaintiff,

      v.

CAPITAL ASSET MANAGEMENT
GROUP, INC.,

      Defendant.

Civil Action No. 25-1244-TDC

### ORDER

The Court has been advised by the parties that they have reached a settlement in principle and are working to finalize the agreement.  ECF No. 20.  Accordingly, it is hereby ORDERED that:

1. All deadlines and conferences shall be set aside.

2. Within **30 days** of the date of this Order, the parties shall file a Notice of Dismissal, which may be pursuant to Local Rule 111.

Date:  June _____, 2025

_____
THEODORE D. CHUANG
United States District Judge