**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - SOUTHERN DIVISION**

| | |
|---|---|
| ELLEN RYAN, *on behalf of herself and all others similarly situated*<br><br>v.<br><br>CAPITAL ASSET MANAGEMENT GROUP INC. | Case No. 8:25-cv-01244-TDC |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 2, 2025 (ECF No. 23), the Parties hereby provide the following Joint Status Report:

1.     On June 3, 2025, the Parties filed a Notice of Settlement, informing the Court that the Parties had reached an agreement in principle to resolve this dispute.

2.     From June 3 to July 8, 2025, the Parties diligently worked on drafting, negotiating, and executing a formal Settlement Agreement, which will resolve this dispute and result in the dismissal of the Action with prejudice.

3.     On July 8, 2025, the Parties executed the Settlement Agreement.

4.     The Parties are currently working on fulfilling their obligations under the Settlement Agreement.

5.     Plaintiff Ryan anticipates filing a dismissal of the Action no later than August 12, 2025.

The Parties will file a dismissal or a status report no later than August 12, 2025.

* * *

Respectfully submitted,

| | |
|---|---|
| /s/ Eric Menhart | /s/ Sean B. Solis |
| Eric Menhart, Esq. | Sean B. Solis, Esq. |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Lexero Law | Baker & Hostetler LLP |
| 80 M St SE | 1801 California St. |
| Washington, DC 20003 | Suite 4400 |
| Phone: 855-453-9376 | Denver, CO 80202 |
| Fax: 855-453-9376 | Phone: 303-764-4088 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the Court's ECF system and all parties of record were served via that system.

/s/ Sean B. Solis
Sean B. Solis, Esq.