## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ELLEN RYAN,
*on behalf of herself and all others similarly situated,*

    Plaintiff,

    v.

CAPITAL ASSET MANAGEMENT
GROUP, INC.,

    Defendant.

Civil Action No. 25-1244-TDC

## ORDER

Upon review of the Joint Status Report, it is hereby ORDERED that the parties are directed to file a Notice of Dismissal, which may be pursuant to Local Rule 111, by **Tuesday, August 12, 2025**.

Date:  July **21**, 2025

                                         _____
                                         THEODORE D. CHUANG
                                         United States District Judge