# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND - SOUTHERN DIVISION

| | |
|---|---|
| ELLEN RYAN, *on behalf of herself and all others similarly situated*<br><br>v.<br><br>CAPITAL ASSET MANAGEMENT GROUP INC. | Case No. 8:25-cv-01244-TDC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses, with prejudice, Defendant Capital Asset Management Group, Inc. Defendant has not served an answer or a motion for summary judgment.

\* \* \*

Respectfully submitted,

/s/ *Arnold J. Abraham, Esq.*
Arnold J. Abraham
The CyberLaw Group
220 N. Liberty St.
Baltimore, MD 21201
P: 443-906-3495
abraham@thecyberlawteam.com

/s/ *Eric Menhart, Esq.*
Eric Menhart
Lexero Law
80 M St. SE, Ste. 100
Washington, D.C. 20003
P: 855-453-9376
Eric.Menhart@Lexero.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via electronic case filing on the date noted by the electronic case filing system.

/s Eric J. Menhart
Eric J. Menhart, Esq.